IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br><br>NATALIE YE MAN CHAN WU,<br><br>Defendant. | CASE NO. 20- CR-56-RSB-CLR<br><br>PROPOSED ORDER TO COURT CLERK TO EXONERATE THE BOND FOR NATALIE YE MAN CHAN WU AND TO PRETRIAL SERVICES TO RETURN HER PASSPORT TO HER |

GOOD CAUSE APPEARING FROM THE PARTIES STIPULATION and files and records in this case, it is HEREBY ORDERED THAT:

The Clerk of this Court shall exonerate the bond for Natalie Ye Man Chan Wu; and,

IT IS FURTHER ORDERED THAT that Pretrial Services in the Northern District of California may return her passport to Ms. Wu.

DATED: August 15, 2022           By: _____
                                        CHRISTOPHER L. RAY
                                        United States Magistrate Judge

Proposed By:

_____
MARILYN E. BEDNARSKI
Attorney for Defendant Natalie Wu
Ca. Bar. No. 105322
975 East Green Street
Pasadena, CA. 91106
Email: mbednarski@mbllegal.com
Ph: (626) 844-7660; Fax: (626) 844-7670
*Counsel for Defendant* NATALIE WU

1