IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> NATALIE YE MAN CHAN WU, <br><br> Defendant. | CASE NO.: 4:20-cr-56 |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 825.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Natalie Ye Man Chan Wu from the Indictment in the above-captioned case with prejudice. The Court DENIES AS MOOT any pending motions as to Defendant Natalie Ye Man Chan Wu and DIRECTS the Clerk of Court to TERMINATE Defendant Natalie Ye Man Chan Wu from this case.

**SO ORDERED**, this 9th day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA